```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 12-61028-CIV-SCOLA
                    MAGISTRATE JUDGE P.A. WHITE
```

GEORGE F. ROBERTS,              :

      Petitioner,       :    <u>REPORT RE REQUEST FOR</u>
                                       <u>VOLUNTARY DISMISSAL</u>
v.                              :            (DE#8)
                                             <u>§2254</u>
STATE OF FLORIDA, et al.,       :

      Respondents.      :
_____

    The petitioner in this <u>pro se</u> habeas corpus case filed pursuant to 28 U.S.C. §2254 has filed a notice/motion for voluntary dismissal (DE #8). The petitioner provides no reason for seeking dismissal.

    It is therefore recommended that this notice/motion for voluntary dismissal (DE #8) be granted, and the petition be dismissed without prejudice, except as to any applicable procedural bars, including the Statute of Limitations.

    Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

    Dated this 26th day of June, 2012.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE

cc: George F. Roberts, Pro Se
    Broward County Jail
    Address of record

    Attorney of record