UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61028-CIV-SCOLA/WHITE

GEORGE F. ROBERTS,

    Petitioner,
vs.

STATE OF FLORIDA et al.,

    Respondents.
_____/

### ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Report of Magistrate Judge [ECF No. 9], filed by Magistrate Judge Patrick White on June 27, 2012. The Magistrate Judge recommends that the Petitioner's request for voluntary dismissal [ECF No. 8] be granted. The fourteen-day period to file objections to the Magistrate's Report has now passed without any objections having been filed. Upon a *de novo* review of the record, the Court has considered Magistrate Judge White's Report and finds it to be correct.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Report [ECF No. 9] is **AFFIRMED and ADOPTED** in full. Petitioner's request for voluntary dismissal [ECF No. 8] is therefore **GRANTED** and this matter is **DISMISSED** without prejudice. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers at Miami, Florida on July 17, 2012.

                                                ROBERT N. SCOLA, Jr.
                                                UNITED STATES DISTRICT JUDGE

*Copies to:*
Counsel of Record
Magistrate Judge Patrick A. White
George Roberts (Address of Record)